

2 to cv u 10

FILED
FEB 1 1 2002
PER_____
HARRISBURG, PA DEPUTY CL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC.<br>    Plaintiff | : <br> : <br> : <br> : |
| v. | : No. 1:00-CV-01582 <br> : |
| DEPARTMENT OF PUBLIC WELFARE, et al. <br>    Defendants | : (Judge Caldwell) <br> : |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants move the Court to enter summary judgment in their favor. There is no dispute of material fact in this case and defendants are entitled to judgment as a matter of law.

**WHEREFORE**, the motion for summary judgment should be granted.

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

BY: _____
**MICHAEL L. HARVEY**
**Senior Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**PHONE: (717) 783-6896**
**FAX: (717) 772-4526**
**DATE: February 11, 2002**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND  :
ADVOCACY, INC.  :
      **Plaintiff**  :
        :
    v.  : **No. 1:00-CV-01582**
        :
DEPARTMENT OF PUBLIC WELFARE, et al.: **(Judge Caldwell)**
    **Defendants**  :

## CERTIFICATE OF NONCONCURRENCE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that I sought concurrence in the foregoing motion from plaintiff's counsel and counsel did not concur.

 

 

**MICHAEL L. HARVEY**
**Senior Deputy Attorney General**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND     :
ADVOCACY, INC.     :
      **Plaintiff**     :
    :
      v.     : **No. 1:00-CV-01582**
    :
DEPARTMENT OF PUBLIC WELFARE, et al.:   **(Judge Caldwell)**
      **Defendants**     :

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, this **11th day** of **February, 2002** I, MICHAEL L. HARVEY,

Senior Deputy Attorney General, counsel for defendants in the above-captioned

action, hereby certify that I this day served the foregoing **Motion for Summary**

**Judgment** by causing a copy of the same to be deposited in the United States

mail, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Robert W. Meek                  Mark J. Murphy
Disabilities Law Project          Disabilities Law Project
1315 Walnut Street, Suite 400      1901 Law and Finance Building
Philadelphia, PA 19107-4798       429 Fourth Avenue
                                Pittsburgh, PA 15219-1505

**MICHAEL L. HARVEY**
**Senior Deputy Attorney General**