IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC., :
    Plaintiff :
:
vs. : CIVIL ACTION NO. 1:CV-00-1582
:
DEPARTMENT OF PUBLIC WELFARE OF :
THE COMMONWEALTH OF PENNSYLVANIA;
MARK S. SCHWEIKER, in his :
official capacity as Governor of
the Commonwealth of Pennsylvania;:
FEATHER O. HOUSTOUN, in her
official capacity as Secretary :
of Public Welfare for the
Commonwealth of Pennsylvania; :
GERALD RADKE, in his official
capacity as Deputy Secretary :
for Mental Health and
Substance Abuse Services; and :
S. REEVES POWER, Ph.D., in his
official capacity as :
Superintendent of South Mountain
Restoration Center, :
    Defendants



O R D E R

    AND NOW, this 26th day of February, 2002, upon consideration of Defendants' application (doc. 63) to stay proceedings, or in the alternative, for an extension of time, it is ordered that:

    1.   A stay of proceedings is denied.

    2.   An enlargement of time is granted.

    3.   Defendants shall have until April 11, 2002, to file their statement of undisputed facts, brief in opposition to Plaintiff's motion for partial summary judgment, and brief

in support of Defendants' motion for summary judgment.

4. Plaintiff's deadlines for responding to these filings shall be determined upon motion of Plaintiff.

/s/ William W Caldwell
William W. Caldwell
United States District Judge