**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC.<br>    Plaintiff | : <br> : <br> : <br> : | |
| v. | : | No. 1:00-CV-01582 |
| DEPARTMENT OF PUBLIC WELFARE, et al.<br>    Defendants | : <br> : <br> : | (Judge Caldwell) |

### UNOPPOSED MOTION FOR A ONE DAY ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. Civ. P. 6 (b), defendants move for an enlargement of time of one day to file their reply brief in support of defendants' motion to dismiss. In support of this motion, defendants state as follows;

1. This action challenges the conditions existing and the treatment provided at the South Mountain Restoration Center under the Americans with Disabilities Act, the Rehabilitation Act, Title XIX of the Social Security Act and the Fourteenth Amendment.

2. On November 29, 2001, the plaintiff submitted a second amended complaint. Defendants moved to dismiss the complaint.

3. On February 5, 2002, defendants filed their brief in support of the motion to dismiss. On February 19, 2002, the plaintiff filed their brief in opposition to the motion.

4. Under Local Rule 7.6 and Fed.R.Civ.P. 6, defendants' reply brief is due on March 7, 2002.

5. Counsel for defendants is not able to complete defendants' brief on time to file it on March 7, 2002.

6. Therefore, defendants are seeking an enlargement of one day or until March 8,

2002 to file their brief.

7. Counsel has conferred with plaintiff's attorney regarding this motion. Plaintiff does not object to the enlargement.

8. Moreover, the enlargement will not delay this matter.

**WHEREFORE,** defendants respectfully request the Court to enlarge the time within which they must file their reply brief in support of defendants' motion to dismiss, by one day or until March 8, 2002.

                                                   Respectfully submitted,

                                                   **D. MICHAEL FISHER**
                                                   **Attorney General**

BY:   */s/ Michael L. Harvey*
                                                   **MICHAEL L. HARVEY**
                                                   **Senior Deputy Attorney General**

                                                   **SUSAN J. FORNEY**
                                                   **Chief Deputy Attorney General**
                                                   **Chief, Litigation Section**

**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**PHONE: (717) 783-6896**
**FAX: (717) 772-4526**

**DATE: March 7, 2002**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC.<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | : No. 1:00-CV-01582 |
| DEPARTMENT OF PUBLIC WELFARE, et al.<br>    Defendants | :<br>: (Judge Caldwell)<br>: |

### CERTIFICATE OF CONCURRENCE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that concurrence was sought from plaintiff's counsel, who has concurred in the motion.

_____
MICHAEL L. HARVEY
Senior Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PENNSYLVANIA PROTECTION AND**
**ADVOCACY, INC.**
    **Plaintiff**

v.      : No. 1:00-CV-01582

**DEPARTMENT OF PUBLIC WELFARE, et al.** : (Judge Caldwell)
    **Defendants**

### CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, I caused to be served a true and correct copy of the foregoing by depositing it in the United States mail, first-class postage prepaid to the following:

Robert W. Meek
Disabilities Law Project
1315 Walnut Street, Suite 400
Philadelphia, PA 19107-4798

Mark J. Murphy
Disabilities Law Project
1901 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219-1505

_____
MICHAEL L. HARVEY
Senior Deputy Attorney General

DATE: March 7, 2002