IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA PROTECTION AND ADVOCACY, INC.** : <br> Plaintiff : <br> : <br> v. : No. 1:00-CV-01582 <br> : <br> **DEPARTMENT OF PUBLIC WELFARE, et al.** : (Judge Caldwell) <br> Defendants : | |

## ORDER

AND NOW, this 8th day of March, 2002, upon consideration of defendants' unopposed motion for an enlargement of time to file their reply brief in support of the defendants' motion to dismiss, it is hereby ordered that the motion is **GRANTED**. Defendants may file their brief on or before March 8, 2002.

William W. Caldwell
United States District Judge

FILED
MAR 8 2002
HARRISBURG, PA
PER _____ DEPUTY CLERK