See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC.,
    Plaintiff :

vs. : CIVIL ACTION NO. 1:CV-00-1582

DEPARTMENT OF PUBLIC WELFARE OF :
THE COMMONWEALTH OF PENNSYLVANIA;
MARK S. SCHWEIKER, in his :
official capacity as Governor of
the Commonwealth of Pennsylvania; :
FEATHER O. HOUSTOUN, in her
official capacity as Secretary :
of Public Welfare for the
Commonwealth of Pennsylvania; :
GERALD RADKE, in his official
capacity as Deputy Secretary :
for Mental Health and
Substance Abuse Services; and :
S. REEVES POWER, Ph.D., in his
official capacity as :
Superintendent of South Mountain
Restoration Center, :
    Defendants



FILED
MAR 27 2002
PER _____
HARRISBURG, PA.  DEPUTY CLERK

O R D E R

AND NOW, this 27th day of March, 2002, it is ordered that:

    1. Defendants' motion (doc. 50) to dismiss the second amended complaint is granted in part and denied in part.

    2. The ADA claim against defendant DPW is dismissed.

    3. In all other respects, the motion is denied.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 27, 2002

Re: 1:00-cv-01582    Pennsylvania Protect v. PA Dept. of Public


True and correct copies of the attached were mailed by the clerk
to the following:


    Robert W. Meek, Esq.
    Disability Law Project
    1315 Walnut St
    Suite 400
    Philadelphia, PA  19107-4798

    Robin Resnick, Esq.
    Disability Law Project
    1315 Walnut St
    Suite 400
    Philadelphia, PA  19107-4798

    Mark J. Murphy, Esq.
    Disabilities Law Project
    429 Fourth Ave.
    1901 Law & Finance Building
    Pittsburgh, PA  15219    Fax No.: 14123914496


    Carol A. Horowitz, Esq.
    Disabilities Law Project
    429 Fourth Ave.
    1901 Law & Finance Building
    Pittsburgh, PA  15219

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Howard Ulan, Esq.
    PA Office of General Counsel
    Health & Welfare Bldg.

```
           3rd Floor
           Harrisburg, PA  17120    Fax No.: 17177720717


           Thomas Blazusiak, Esq.
           Department of Public Welfare
           Office of Legal Counsel
           Allentown State Hospital
           1600 Hanover Avenue
           Allentown, PA  18103
```

```
cc:
Judge                         (✓)              ( ) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen ( )    PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____          ( )
                                                    MARY E. D'ANDREA, Clerk


DATE:  3/27/02                             BY:  JSM
                                                    Deputy Clerk
```