ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND
ADVOCACY, INC.
    Plaintiff

v.                                     No. 1:00-CV-01582

DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants

FILED
HARRISBURG, PA
APR 1 1 2002
MARY E. D'ANDREA, CLE[RK]
Per ____

## UNOPPOSED MOTION FOR SECOND ENLARGEMENT OF TIME TO FILE BRIEF AND STATEMENTS OF MATERIAL FACTS

Defendants hereby move the court pursuant to Fed. R. Civ. P. 6 (b), for a second enlargement of time in which to file their brief and statements of material fact in support of their motion for summary judgment and in opposition to plaintiff's motion for partial summary judgment. In support of this motion, defendants assert the following:

1. On or about January 14, 2002, plaintiff filed a motion for partial summary judgment. Along with the motion, plaintiff filed a supporting brief and a statement of material facts. Defendants filed a motion for

summary judgment on February 11, 2002.

2. On January 22, 2002, following a scheduling conference, this Court directed that defendants file their brief in support of defendants' motion for summary judgment and in opposition to plaintiff's partial summary judgment motion on or before March 11, 2002.

3. Subsequently, upon defendants' motion, on February 26, 2002, this court granted an enlargement of time until April 11, 2002, for defendants to file their brief and statements of fact on the motion.

4. Counsel for defendants have been diligently working on the briefs and statements of fact. Despite their best efforts, the brief and statements are not yet completed to be filed by April 11, 2002. Among other problems, a secretary who was working on the brief was required to take time off due to a death in the family.

5. Defendants require a short period of additional time to complete the brief and statements of fact. Accordingly, defendants request a four day enlargement of time until Monday, April 15, 2002.

6. Counsel for plaintiff concurs in this motion.

**WHEREFORE,** defendants respectfully request an enlargement of time to file their brief and statements of fact in support of their motion for summary judgment and in opposition to plaintiff's motion for partial summary judgment.

                                                Respectfully submitted,

                                                D. MICHAEL FISHER
                                                Attorney General

BY: _____
           MICHAEL L. HARVEY
           Senior Deputy Attorney General

           SUSAN J. FORNEY
           Chief Deputy Attorney General
           Chief, Litigation Section

15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 783-6896
FAX: (717) 772-4526

DATE: April 11, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND
ADVOCACY, INC.
    Plaintiff

v.  :  No. 1:00-CV-01582

DEPARTMENT OF PUBLIC WELFARE, et al.:  (Judge Caldwell)
    Defendants

### CERTIFICATE OF CONCURRENCE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that concurrence was sought from plaintiff's counsel, who has concurred in the motion.

_____
MICHAEL L. HARVEY
Senior Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND
ADVOCACY, INC.
    Plaintiff

v.      No. 1:00-CV-01582

DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants

## CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, I caused to be served a true and correct copy of the foregoing by depositing it in the United States mail, first-class postage prepaid to the following:

Robert W. Meek
Disabilities Law Project
1315 Walnut Street
Suite 400
Philadelphia, PA 19107

Mark J. Murphy
Disabilities Law Project
1901 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219-1505

*/s/ Michael L. Harvey*
MICHAEL L. HARVEY
Senior Deputy Attorney General

DATE: April 11, 2002