*See Attachment*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC.<br>    Plaintiff | :<br>:<br>: |
| v. | : No. 1:00-CV-01582<br>: |
| DEPARTMENT OF PUBLIC WELFARE, et al.:<br>    Defendants | (Judge Caldwell)<br>: |

## ORDER

AND NOW, this 15th day of April, 2002, upon consideration of the Unopposed Motion For Second Enlargement of Time to File Brief And Statements of Material Facts, it is hereby ordered that the motion is **GRANTED**. Defendants may file their brief and statements of material facts in support of their motion for summary judgment and in opposition to plaintiff's motion for partial summary judgment on or before April 15, 2002.

                                                        William W. Caldwell
                                                        United States District Judge



FILED
APR 15 2002
PER
HARRISBURG, PA.    DEPUTY CLERK

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          April 15, 2002


Re:  1:00-cv-01582    Pennsylvania Protect v. PA Dept. of Public



True and correct copies of the attached were mailed by the clerk
to the following:


      Robert W. Meek, Esq.
      Disability Law Project
      1315 Walnut St
      Suite 400
      Philadelphia, PA   19107-4798

      Robin Resnick, Esq.
      Disability Law Project
      1315 Walnut St
      Suite 400
      Philadelphia, PA   19107-4798

      Mark J. Murphy, Esq.
      Disabilities Law Project
      429 Fourth Ave.
      1901 Law & Finance Building
      Pittsburgh, PA   15219    Fax No.: 14123914496


      Carol A. Horowitz, Esq.
      Disabilities Law Project
      429 Fourth Ave.
      1901 Law & Finance Building
      Pittsburgh, PA   15219

      Michael L. Harvey, Esq.
      Office of Attorney General
      Strawberry Square
      15th Floor
      Harrisburg, PA   17120

      Susan J. Forney, Esq.
      Office of Attorney General
      Strawberry Square
      15th Floor
      Harrisburg, PA   17120

      Howard Ulan, Esq.
      PA Office of General Counsel
      Health & Welfare Bldg.
```

```
3rd Floor
Harrisburg, PA  17120   Fax No.: 17177720717


Thomas Blazusiak, Esq.
Department of Public Welfare
Office of Legal Counsel
Allentown State Hospital
1600 Hanover Avenue
Allentown, PA  18103
```

| cc: | | | |
|---|---|---|---|
| Judge | (✓) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other _____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 4/6/02                                BY: _____ Deputy Clerk