IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PENNSYLVANIA PROTECTION AND
ADVOCACY, INC.**
    **Plaintiff**

v.   :   No. 1:00-CV-01582

**DEPARTMENT OF PUBLIC WELFARE, et al.:**   (Judge Caldwell)
    **Defendants**

## ORDER

AND NOW, this 15a day of May, 2002, upon consideration of the Defendants' Unopposed Motion For Enlargement of Time to File Reply Brief, it is hereby ordered that the motion is **GRANTED**. Defendants may file their reply brief in support of their motion for summary judgment on or before May 24, 2002.

                                              William W. Caldwell
                                              United States District Judge



FILED
MAY 15 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK