IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC. | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-01582 |
| | : | |
| DEPARTMENT OF PUBLIC WELFARE, et al.: | | (Judge Caldwell) |
| Defendants | : | |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Defendants hereby move the court pursuant to Fed. R. Civ. P. 6 (b), for a second enlargement of time in which to file their reply brief in support of their motion for summary judgment. In support of this motion, defendants assert the following:

1. On or about January 14, 2002, plaintiff filed a motion for partial summary judgment. Along with the motion, plaintiff filed a supporting brief and a statement of material facts. Defendants filed a motion for summary judgment on February 11, 2002.

2. On April 15, 2002, defendants filed a brief in support of their motion for summary judgment and in opposition to plaintiff's motion for partial summary judgment.

3. On May 6, 2002, plaintiff filed a brief in opposition to defendants'

motion for summary judgment and reply brief in support of plaintiff's motion for partial summary judgment.

4. Pursuant to Local Rule 7.7, defendants are permitted to file a brief in reply to matters argued in the brief in opposition to defendants' motion for summary judgment.

5. Defendants sought and received a four-day enlargement of time until May 24, 2002 to file their reply brief.

6. Defendants based their request for an enlargement on the situation of the attorney primarily responsible for preparing the reply brief, Thomas J. Blazusiak. Mr. Blazusiak is presently caring for his wife who is undergoing chemotherapy.

7. Caring for his wife has taken more of Mr. Blazusiak's time that he anticipated. Therefore defendants are requesting an additional enlargement until May 31, 2002 to file their reply brief.

8. Counsel for plaintiff has concurred in this motion.

**WHEREFORE,** defendants respectfully request an enlargement of time of seven days or until May 31, 2002, to file their reply brief in support of their motion for summary judgment.

                                                      **Respectfully submitted,**

                                                      **D. MICHAEL FISHER**
                                                      Attorney General

**BY:** _/s/ Michael L. Harvey_
                                                      **MICHAEL L. HARVEY**
                                                      Senior Deputy Attorney General

                                                      **SUSAN J. FORNEY**
                                                     **Chief Deputy Attorney General**
                                                     **Chief, Litigation Section**

**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**PHONE: (717) 783-6896**
**FAX: (717) 772-4526**

**DATE: May 20, 2002**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC. :
    Plaintiff :
 :
v. : No. 1:00-CV-01582
 :
DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants :

### CERTIFICATE OF CONCURRENCE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that concurrence was sought from plaintiff's counsel, who has concurred in the motion.

                                              MICHAEL L. HARVEY
                                              Senior Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND : 
ADVOCACY, INC. : 
    Plaintiff : 
 : 
v. : No. 1:00-CV-01582
 : 
DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants : 

## CERTIFICATE OF SERVICE

    I, Michael L. Harvey, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, I caused to be served a true and correct copy of the foregoing by depositing it in the United States mail, first-class postage prepaid to the following:

Robert W. Meek
Disabilities Law Project
1315 Walnut Street
Suite 400
Philadelphia, PA 19107

Mark J. Murphy
Disabilities Law Project
1901 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219-1505

                                                 MICHAEL L. HARVEY
                                                 Senior Deputy Attorney General

DATE: May 20, 2002