IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC. :
    Plaintiff :
     :
v. : No. 1:00-CV-01582
     :
DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants :

## ORDER

AND NOW, this 21st day of May, 2002, upon consideration of the Defendants' Unopposed Motion For Enlargement of Time to File Brief Opposing Plaintiff's Motion to Strike Exhibits, it is hereby ordered that the motion is **GRANTED.** Defendants may file their brief opposing plaintiff's motion to strike exhibits on or before May 31, 2002.

                                                        William W. Caldwell
                                                        United States District Judge



FILED
MAY 21 2002
HARRISBURG, PA.   DEPUTY CLERK