IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC. :
    Plaintiff :
     :
v. : No. 1:00-CV-01582
     :
DEPARTMENT OF PUBLIC WELFARE, et al.: (Judge Caldwell)
    Defendants :

## ORDER

AND NOW, this 21st day of May, 2002, upon consideration of the Defendants' Second Unopposed Motion For Enlargement of Time to File Reply Brief, it is hereby ordered that the motion is **GRANTED**. Defendants may file their reply brief in support of their motion for summary judgment on or before May 31, 2002.

William W. Caldwell
United States District Judge

