IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND :
ADVOCACY, INC.,
    Plaintiff :

    vs.      CIVIL ACTION NO. 1:CV-00-1582

DEPARTMENT OF PUBLIC WELFARE OF :
THE COMMONWEALTH OF PENNSYLVANIA;
MARK S. SCHWEIKER, in his :
official capacity as Governor of
the Commonwealth of Pennsylvania; :
FEATHER O. HOUSTOUN, in her
official capacity as Secretary :
of Public Welfare for the
Commonwealth of Pennsylvania; :
GERALD RADKE, in his official
capacity as Deputy Secretary :
for Mental Health and
Substance Abuse Services; and :
S. REEVES POWER, Ph.D., in his
official capacity as :
Superintendent of South Mountain
Restoration Center, :
    Defendants



O R D E R

    AND NOW, this 22nd day of July, 2002, upon consideration of Defendants' brief in opposition to Plaintiff's motion for leave to file sur-reply brief (doc. 103), it is ORDERED that Plaintiff's motion is denied.

                                                William W. Caldwell
                                                United States District Judge

AO 72A
(Rev.8/82)