IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:00-CV-1582 |
| DEPARTMENT OF PUBLIC WELFARE OF THE COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : Judge Caldwell |
| Defendants. | : |

### CERTIFICATION OF NON-CONCURRENCE

Pursuant to Local Rule 7.1 of this Court, I, Robert W. Meek, hereby certify as follows:

1. I am counsel for the Plaintiff in this action.

2. I informed counsel for Defendants that Plaintiff intended to file a Motion to Respond to Newly-Produced Evidence Relevant to Pending Summary Judgment Motions. Counsel for Defendants informed me that Defendants did not concur in that Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2002.

*Robert W. Meek*
Robert W. Meek

# CERTIFICATE OF SERVICE

I, Robert W. Meek, hereby certify that true and correct copies of the Certification of Non-Concurrence were served on the following by first class mail, postage prepaid on September 23, 2002:

>Michael L. Harvey, Esquire
>Senior Deputy Attorney General
>Office of Attorney General
>Strawberry Square
>Fifteenth Floor
>Harrisburg, PA  17120
>
>Howard Ulan, Esquire
>Senior Assistant Counsel
>Department of Public Welfare
>Office of Legal Counsel
>Health & Welfare Building
>Third Floor West
>Harrisburg, PA  17120
>
>Thomas J. Blazusiak, Esquire
>Senior Assistant Counsel
>Department of Public Welfare
>Office of Legal Counsel
>Allentown State Hospital
>Room 130 Medical Services Building
>1600 Hanover Avenue
>Allentown, PA  18103

*/s/ Robert W. Meek*
Robert W. Meek