IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION AND        :
ADVOCACY, INC.,
          Plaintiff                :

                                   :

          vs.                      CIVIL ACTION NO. 1:CV-00-1582
                                   :

DEPARTMENT OF PUBLIC WELFARE OF    :
THE COMMONWEALTH OF PENNSYLVANIA;
MARK S. SCHWEIKER, in his          :
official capacity as Governor of
the Commonwealth of Pennsylvania;  :
FEATHER O. HOUSTOUN, in her
official capacity as Secretary     :
of Public Welfare for the
Commonwealth of Pennsylvania;      :
GERALD RADKE, in his official
capacity as Deputy Secretary       :
for Mental Health and
Substance Abuse Services; and      :
S. REEVES POWER, Ph.D., in his
official capacity as               :
Superintendent of South Mountain
Restoration Center,                :
          Defendants



O R D E R

        AND NOW, this 15th day of January, 2003, it is ordered that:

        1. Defendants' motion (doc. 62) for summary judgment is granted as to the claims of plaintiff, Pennsylvania Protection and Advocacy, Inc., only and without prejudice to the claim of R.Y. for specialized services for mental retardation.

        2. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff on all claims in the second amended complaint

except as to any claim of R.Y. for specialized services for mental retardation.

   3.  Plaintiff's motion (doc. 51) for summary judgment is denied.

   4.  Plaintiff's motion (doc. 84) to strike certain exhibits to Defendants' motion for summary judgment and Plaintiff's motion (doc. 106) to respond to newly-produced evidence relevant to pending summary judgment motions are dismissed as moot.

   5.  The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge