

AO 450 (Rev. 5/85) Judgment in a Civil Case
_____

# United States District Court

_____MIDDLE DISTRICT OF PENNSYLVANIA_____

## JUDGMENT IN A CIVIL CASE

PENNSYLVANIA PROTECTION AND
ADVOCACY, INC.,
    Plaintiff

              v.                CASE NUMBER: 1:CV-00-1582

DEPARTMENT OF PUBLIC WELFARE OF
THE COMMONWEALTH OF PENNSYLVANIA;
MARK S. SCHWEIKER, in his official capacity as
Governor of the Commonwealth of Pennsylvania;
FEATHER O. HOUSTOUN, in her official capacity
as Secretary of Public Welfare for the Commonwealth
of Pennsylvania; GERALD RADKE,
in his official capacity as Deputy Secretary for Mental
Health and Substance Abuse Services; and
S. REEVES POWER, Ph.D., in his official capacity as
Superintendent of South Mountain Restoration Center,
    Defendants



☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of the defendants, Department of Public Welfare of the Commonwealth of Pennsylvania; Mark S. Schweiker, in his official capacity as Governor of the Commonwealth of Pennsylvania; Feather O. Houstoun, in her official capacity as Secretary of Public Welfare for the Commonwealth of Pennsylvania; Gerald Radke, in his official capacity as Deputy Secretary for Mental Health and Substance Abuse Services and S. Reeves Power, Ph.D., in his official capacity as Superintendent of South Mountain Restoration Center and against the plaintiff, Pennsylvania Protection and Advocacy, Inc. on all claims in the second amended complaint *except* as to any claim of R.Y. for specialized services for mental retardation.

Date: January 15, 2003                                   Mary E. D'Andrea, Clerk of Court

                                                             (By) Ann Severino-Michael, Deputy Clerk