Fee paid
tpo per

(115)
02-14-03
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:00-CV-1582 |
| DEPARTMENT OF PUBLIC WELFARE OF THE COMMONWEALTH OF PENNSYLVANIA; MARK S. SCHWEIKER, in his official capacity as Governor of the Commonwealth of Pennsylvania; FEATHER O. HOUSTOUN, in her official capacity as Secretary of Public Welfare for the Commonwealth of Pennsylvania; GERALD RADKE, in his official capacity as Deputy Secretary for Mental Health and Substance Abuse Services; and S. REEVES POWER, Ph.D., in his official capacity as Superintendent of South Mountain Restoration Center, | : Judge Caldwell |
| Defendants. | : |

FILED
HARRISBURG, PA

FEB 1 3 2003

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Pennsylvania Protection and Advocacy, Inc., through its counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Judgment in a Civil Case dated January 15, 2003 that entered summary judgment in favor of defendants and against Plaintiff.

Dated: February 12, 2003    By: /s/ Robert W. Meek
Robert W. Meek
Robin Resnick
Disabilities Law Project
1315 Walnut Street, Suite 400
Philadelphia, PA 19107-4798
(215) 238-8070

and

By: s/ Mark J. Murphy
Mark J. Murphy
Disabilities Law Project
1901 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219-1505
(215) 391-5225

Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I, Robert W. Meek, hereby certify that true and correct copies of Plaintiff's Notice of Appeal were served on the following by first class mail, postage prepaid on February 12, 2003:

>Michael L. Harvey, Esquire
>Senior Deputy Attorney General
>Office of Attorney General
>Strawberry Square
>Fifteenth Floor
>Harrisburg, PA  17120
>
>Howard Ulan, Esquire
>Senior Assistant Counsel
>Department of Public Welfare
>Office of Legal Counsel
>Health & Welfare Building
>Third Floor West
>Harrisburg, PA  17120
>
>Thomas J. Blazusiak, Esquire
>Senior Assistant Counsel
>Department of Public Welfare
>Office of Legal Counsel
>Allentown State Hospital
>Room 130 Medical Services Building
>1600 Hanover Avenue
>Allentown, PA  18103

*/s/ Robert W. Meek*
/Robert W. Meek

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                           DISTRICT COURT NO.  __1:00-cv-1582__

PA PROTECTION & ADVOCACY, INC.                                     CT. OF APPEALS NO. _____
    Vs
DPMT OF PUBLIC WELFARE OF PA, et al.


NOTICE OF APPEAL FILED            2/13/03              COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL __X__ PAID ___NOT PAID ___SEAMAN

DOCKET FEE    __X__ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge William W. Caldwell            Carol A. Horowitz, Esquire
Robert W. Meek, Esquire              John Kane, Esquire
Robin Resnick, Esquire               Michael L. Harvey, Esquire
Mark J. Murphy, Esquire              Susan J. Forney, Esquire
Thomas Blazusiak, Equire             Howard Ulan, Esquire
File Copy


                                    PREPARED BY __Shawna L. Cihak__
                                                      Deputy Clerk

Date: February 14, 2003



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices:*

Harrisburg:   (717) 221-3920
Williamsport:   (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   PA PROTECTION & ADVOCACY, INC. v. DEPT OF PUBLIC WELFARE, et al.
USDC NO: 1:00-cv-1582
USCA NO:
E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____   **Civil Prisoner Case: Case file and docket sheet available through RACER.**

_____   **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

__X__   **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

_____   **Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.**

_____   **Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.**

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/  Shawna L. Cihak
Deputy Clerk