

## Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal  1:00-cv-1582 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 02/19/2003 06:41:23 AM |

**FILED**
HARRISBURG, PA

FEB 19 2003

MARY E. D'ANDREA, CLERK
Per_____