OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | 267-299-(____) |

Website: http://www.ca3.uscourts.gov

February 21, 2003

### NOTICE OF DOCKETING OF APPEAL

**PA Protective & Advocacy, Inc.**

**v.**

**PA Dept of Pubic Welfare**

**No.: (00-cv-01582)**

**(Honorable William W. Caldwell)**

An appeal by **PA Protective & Advocacy, Inc.** was filed in the above-caption case on 2/13/03, and docketed in this Court on 2/21/03, at No. **03-1461**.

Kindly use the Appeals Docket No. **03-1461** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager Carolyn Hicks carolyn_hicks@ca3.uscourts.gov. of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**