OFFICE OF THE CLERK

| | UNITED STATES COURT OF APPEALS | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4926 |

www.ca3.uscourts.gov

April 15, 2005

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA  17108


RE: Docket No. 03-1461
    PA Protection  vs. PA Dept Pub Welfare
    D.C. No. 00-cv-01582

Dear Mrs. D'Andrea:


     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                              Very truly yours,
                              MARCIA M. WALDRON, Clerk

                              By: Carolyn Hicks
                                  Case Manager

Enclosure
cc:
        Robert W. Meek, Esq.
        Mark J. Murphy, Esq.
        Calvin R. Koons, Esq.