```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

PENNSYLVANIA PROTECTION &  :
ADVOCACY, INC.,
    Plaintiff  :

    :

    vs.      CIVIL ACTION NO. 1:CV-00-1582

    :

PENNSYLVANIA DEPARTMENT OF  :
PUBLIC WELFARE, et al.,
    Defendants  :

*O R D E R*

AND NOW, this 23rd day of November, 2005, it is Ordered that unless this case is fully resolved on or before Friday, December 9, 2005, a telephonic pre-trial conference will be held on Monday, December 12, 2005, at 10:30 a.m. Plaintiff shall arrange the call to (717) 221-3970.

A trial date will be set following said conference.

                                 /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge