IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA PROTECTION AND ADVOCACY, INC., | : |
| Plaintiff, | : Civil Action No. 1:CV-00-1582 |
| v. | : Judge Caldwell |
| DEPARTMENT OF PUBLIC WELFARE OF THE COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Upon consideration of the Stipulation of the parties dated December 23, 2005, it is hereby ORDERED on this _____ day of _____, 200__ that the Clerk shall place this matter in civil suspense with the right of either party to reinstate the litigation on cause shown.

_____
William W. Caldwell
United States District Judge