```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA PROTECTION &        :
ADVOCACY, INC.,
     Plaintiff                   :

                                 :
     vs.                             CIVIL ACTION NO. 1:CV-00-1582
                                 :

PENNSYLVANIA DEPARTMENT OF       :
PUBLIC WELFARE, et al.,
     Defendants                  :
```

## O R D E R

AND NOW, this 27th day of December, 2005, it is

ORDERED that:

    1. This case shall be closed for administrative purposes only as of this date.

    2. The Clerk of Court in Harrisburg, PA shall retain custody of this file until further order.

    3. This case may be reactivated upon cause shown, if and when appropriate.

                                /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge