OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA



U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

September 5, 2008

Robert W. Meek, Esquire
Disabilities Law Project
1315 Walnut Street, Suite 400
Philadelphia, PA 19107-4798

    IN RE:  Pennsylvania Protection and Advocacy, Inc.
             vs.
             Department of Public Welfare of the Commonwealth of PA, et al.
             1:CV-00-1582

Dear Counsel:

    Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before September 22, 2008.

    Additionally, you are directed to electronically file a signed copy of same with the Clerk of Court's Office within the above deadline.

    Thank you for your consideration in this matter.

                                  Very truly yours,

                                  MARY D'ANDREA, CLERK

                                  Ann Severino-Michael
                                  Courtroom Deputy

cc:    Judge William W. Caldwell
       Michael L. Harvey, Senior Deputy Attorney General
       File Copy